**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

JANE and JOHN DOES,
*1 through 100, individually and on behalf of a class of similarly situated disabled veterans*,

Plaintiffs

v.

ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS, et al.,

Defendants.

CIVIL ACTION NO. 4:26-CV-01515

(MEHALCHICK, J.)

# ORDER

On June 30, 2026, Plaintiffs, Jane and John Does, through counsel, commenced this matter by filing a complaint (Doc. 1) without submitting a filing fee or a proper application to proceed *in forma pauperis*. Plaintiffs also filed a motion for an extension of time to file an application for *in forma pauperis* status and to hold the deadline for said filing in abeyance pending a ruling on "anti-retaliation relief." (Doc. 2). The Court denied the motion on June 16, 2026 and directed Plaintiffs to either pay the requisite civil filing fee or file applications to proceed *in forma pauperis*. (Doc. 3). As the fourteen days in which the Court ordered Plaintiffs to do so has passed, and Plaintiffs have neither paid the filing fee nor properly completed and submitted the required forms, it is hereby **ORDERED** that this action is dismissed without prejudice, and the Clerk of Court is directed to **CLOSE** this case.

**Dated: July 6, 2026**

s/ Karoline Mehalchick
**KAROLINE MEHALCHICK**
**United States District Judge**